District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

FILED 21 OCT '22 10:39 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

Tera Ann Harris
_Petitioner_

v.

STATE OF OREGON
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 3:22-cv-01621-JE
(to be assigned by the Clerk of Court)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Tera Ann Harris
   (b) Other names you have used: Murray
2. Place of confinement:
   (a) Name of institution: Justice Center Multnomah County Dentention Center
   (b) Address: 1120 SW Third, Portland Oregon 97204
   (c) Your identification ("SID") number: #89602
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Indicate that you are currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of the court that sentenced you: _____
      (b) Docket number of criminal case: 21CR41865, 21CV46074, 22CV10206
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): Have not been to trial yet

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                           Page 3 of 10

## Decision or Action You Are Challenging

5. Indicate what you are challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☒ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: IN the CIRCUIT COURT OF THE STATE of OREGON For The County of Multnomah

   (b) Docket number, case number, or opinion number: 21CR41865, 21CV46074, 22CV10206

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Preventive Detention  Not waiving right to a fast and speedy trial  Motion for Habeas Corpus Attorney

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes           ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Civil Corpus Unit Multnomah County Circuit Court House

   (2) Date of filing: ~~4/19/22~~ 2/20/2022

   (3) Docket number, case number, or opinion number: 22 CV 10206

   (4) Result: General Dismissal

   (5) Date of result: April 8, 2022

   (6) Issues raised: Did not waive my right to a speedy trial, ineffective counsel, motion for a attorney, serious medical conditions being unlawful to detain because of facility not medically equipped is enough of a claim to be raised

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 4 of 10

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☑ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _In the Court of Appeals of the State of Oregon_

   (2) Date of filing: _4/19/22_

   (3) Docket number, case number, or opinion number: _A178772_

   (4) Result: _Dismissed_

   (5) Date of result: _May 16, 2022_

   (6) Issues raised: _under ORS 19.255 the notice of Appeal was required to be filed on the adverse Party within 30 days under ORS 19.270(2)(a) Petitioner filed in a timely matter_

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☑ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _In the Appeal of the State of Oregon_

   (2) Date of filing: _May 11, 2022_

   (3) Docket number, case number, or opinion number: _A178772_

   (4) Result: _Dismissed_

   (5) Date of result: _June 22, 2022_

   (6) Issues raised: _Petitioner filed to both Parties in a time manner_

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                Page 5 of 10

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes                ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes                ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes                ☑ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                                                Page 6 of 10

_____
_____
_____
_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes             ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes             ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes             ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                                Page 7 of 10

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☑ Yes           ☐ No

    If "Yes," provide:
    (a) Kind of petition, motion, or application: *Motion for Reconsideration*
    (b) Name of the authority, agency, or court: *IN THE SUPREME COURT OF THE STATE OF OREGON*
    (c) Date of filing: *July 10, 2022*
    (d) Docket number, case number, or opinion number: *S069674*
    (e) Result: *Compliance with the following is required*
    (f) Date of result: *July 25, 2022*
    (g) Issues raised: *requested reconsideration of Appeal. All filing was done in a timely matter and all opposing party's got a copy*

**Grounds for Your Challenge in This Petition**

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** *Petitioner has been in Custody of Multnomah County for 15 months since August 27, 2021 and did not waive my right to a fast and speedy trial.*

Case 3:22-cv-01621-JE   Document 2   Filed 10/21/22   Page 7 of 9

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                          Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes            ☐ No

**GROUND TWO:** Petentioner had a lack of adequete assitance of counsel to Petentioner

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Because Petentioner states a claim of substanial denial of a constitutional right in adequete Counsel, falls within grounds for post conviction relief. Petentioner was without an attorney for some months

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes            ☐ No

**GROUND THREE:** Petioner filed a Motion for a Attorney for Habeas Corpus Relief and Appellete Court

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Motion was not addressed for a Attorney and Petentioner did not have one for case or Habeas Corpus or Appeal if Petentioner would of had proceeded and is a clear attempt to waive any rights for a Attorney

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes            ☐ No

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 9 of 10

**GROUND FOUR:** Petitioner is seeking emergency relief and release Petitioner suffers from life threatening illnesses

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner suffers from RA Disease, BEChets Disease, Spinosis of the Spin, herniated disc disease, muscle and joint disease and is on Auto Immune Ifusione medications. Petitioner is in severe pain and the Multnomah County Detention Center do not have the equipped facility to handle my care.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State what you want the Court to do: Dismiss case and Release Petitioner because Petitioner is subject to a greivence lost of body functions and Petitioner is entitled to some measure of Relief

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                                  Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

_10/17/22_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _10/17/2022_                                                   _____
                                                                                        *Signature of Petitioner*

                                                                              _____
                                                                                *Signature of Attorney or other authorized person, if any*

* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.